**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

ANTHONY OLIVER,

     Plaintiff,

   v.

CHATHAM COUNTY, et al.,

     Defendants.

CIVIL ACTION NO.: 4:25-cv-218

**O R D E R**

In its prior Order in this case, (doc. 51), the Court reviewed a "Notice of Dismissal Without Prejudice," which was filed by Plaintiff, who is *pro se*, (doc. 49). As to the named defendants in the case who had not appeared or filed an answer or a motion for summary judgment, the Court applied Federal Rule of Civil Procedure 41(a)(1)(A)(i) and directed the Clerk of Court to dismiss those defendants without prejudice. (See doc. 51, pp. 1–2.) The defendants who had filed an Answer in the case and were represented by counsel had quickly filed a response to Plaintiff's filing, stating that they "consent[ed] to Plaintiff's proposed dismissal of this entire action without prejudice and for each party to bear their own costs." (Doc. 50.) Accordingly, the Court construed the Notice of Dismissal as a motion for an order from the Court dismissing those defendants and the Court granted the consented-to dismissal, without prejudice, as to those represented defendants. (See doc. 51, p. 2.)

Defendant Kenneth Walters, however, is proceeding *pro se* and has filed an Answer, (see doc. 41).  Accordingly, the Court construed Plaintiff's filing as a motion for dismissal of Walters, and, as Walters had not filed anything indicating that he stipulated or consented to the dismissal of the claims against him, the Court refrained from taking any action with regard to him until the deadline for a response had passed.  (See doc. 51, p. 2–3.)  That deadline has now passed and Walters has not filed any sort of response.  Accordingly, the Court **GRANTS** the motion, (doc. 49), as to the sole remaining Defendant, Kenneth Walters.  The Court **DIRECTS** the Clerk of Court to **UPDATE** the docket accordingly and to the **CLOSE** this case.

**SO ORDERED**, this 16th day of July, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2